UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| KAREN C. YOUNG; CHRISTIAN AASE,<br><br>　　　　　　　Plaintiffs,<br><br>　　v.<br><br>KITSAP COUNTY, a Washington State Municipal Corporation; and MICHAEL A. GRANT, Kitsap County Sheriff's Deputy,<br><br>　　　　　　　Defendants. | Case No. C08-5121JKA<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Hon. J. Kelley Arnold, United States Magistrate Judge:

The Court has construed the letter from the Law Offices of Randy W. Loun (Dkt #28) as a motion to withdraw as counsel for plaintiffs and hereby GRANTS the motion. The trial date and all pretrial deadlines previously set are stricken. Plaintiffs have sixty (60) days from the date of this order to locate new counsel. Defendants' motion for dismissal (Dkt #25) is stayed pending plaintiffs' obtaining counsel within sixty (60) days of this order.

The foregoing Minute Order entered by     /s/ *Allyson P. Swan*            , Judicial Assistant, this May 28, 2009.

MINUTE ORDER
Page - 1