# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

KAREN C. YOUNG and CHRISTIAN AASE,

    Plaintiff(s),

vs.

KITSAP COUNTY, et al.

    Defendant(s).

**Case No.** C08-5121

**ORDER DIRECTING PLAINTIFF'S TO APPEAR AND/OR SHOW CAUSE AS TO WHY CASE SHOULD NOT BE DISMISSED**.

This matter comes before the court on Defendants' Motion to Dismiss and the Court's request that the plaintiff's appear on October 13, 2009 at 9:00 a.m. in Courtroom D, U.S. Court House, 1717 Pacific Avenue, Tacoma, Washington 98402 regarding their failure to respond to the defendants' Motion to Dismiss and the court's repeated requests that they obtain substitute counsel.

The court is mindful that plaintiffs' counsel, Randy Loun, has withdrawn with the court's consent, effective May 28, 2009. The court has attempted to assist plaintiffs in obtaining substitute counsel through the Kitsap County Bar Association and the Washington State Bar Association. To date, there has been no notice appearance filed on behalf of either plaintiff, and plaintiffs have not made their intentions known to the court. Plaintiffs have not filed a response to Defendants' Motion to Dismiss filed May 14, 2009.

**Accordingly, the parties are directed to appear before the court October 13, 2009 at 9:00 a.m. in the U.S. Courthouse, 1717 Pacific Avenue, Tacoma, Washington 98402 and**

Order - 1

**show cause as to why the case should not be dismissed. Plaintiffs' failure to appear will result in an order of dismissal.**

Dated this 23rd day of September 2009.

*/s/ J. Kelley Arnold*
J. Kelley Arnold
U.S. Magistrate Judge

Order - 2