THE HONORABLE JUDGE J. KELLEY ARNOLD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| KAREN C. YOUNG; CHRISTIAN AASE,<br><br>Plaintiffs,<br><br>-vs-<br><br>KITSAP COUNTY, a Washington State Municipal Corporation; MICHAEL A. GRANT, Kitsap County Sheriff's Deputy,<br><br>Defendants. | NO. C08-5121-JKA<br><br>ORDER GRANTING DEFENDANTS' MOTION FOR ORDER OF DISMISSAL PURSUANT TO FED.R.CIV.P. 41(B) |

THIS MATTER having come on regularly for hearing before the undersigned Judge of the above-entitled Court upon the motion of Defendants Kitsap County and Michael A. Grant, for an Order Of Dismissal Pursuant To Fed.R.Civ.P. 41(B); the Court having read the files and records herein and being fully advised in the premises; now, therefore, it is hereby

ORDERED that all claims against Defendants KITSAP COUNTY and MICHAEL A. GRANT are hereby DISMISSED without prejudice.

DONE IN OPEN COURT this 13th day of October, 2009.

_____
J. Kelley Arnold
United States Magistrate Judge

ORDER OF DISMISSAL (C08-5121-JKA )-- 1